USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAMELA WILLIAMS,

                Plaintiff,

-against-

DIGI-KEY CORPORATION,

                Defendants.

20-cv-1735 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

       The Court is in receipt of the parties' joint request for judicial approval of their proposed consent decree [ECF #15, 15-1 ("Proposed Consent Decree")]. IT IS HEREBY ORDERED that, on Friday, October 30, 2020 at 10:30 AM, the parties shall appear for a conference to discuss their Proposed Consent Decree. The conference will be held by telephone. The conference can be accessed by calling the Court's teleconference line at 888-278-0296 at the scheduled time. When prompted, enter Access Code 5195844.

       Specifically, the parties propose that "[t]he Court's jurisdiction over this matter shall continue for 36 months." Proposed Consent Decree at 10. However, as the Court states in its Individual Rules of Practice in Civil Cases, the Court typically will not retain jurisdiction to enforce settlement agreements.

       In their letter, the parties note that many similar cases have been resolved with similar, judicially-approved consent decrees. However, many similar cases have also been resolved through stipulations of voluntary dismissal, pursuant to Rule 41(a)(1)(A)(ii). *See, e.g.*, *Del-Orden v. Bonobos, Inc.*, No. 17-cv-2744 (PAE), 2017 WL 6547902, at *4 (S.D.N.Y. Dec. 20, 2017) [ECF #47]; *Suvino v. Time Warner Cable, Inc.*, No. 16-cv-7046 (LTS), 2017 WL 3834777, at *2 (S.D.N.Y. Aug. 31, 2017) [ECF #108]; *Markett v. Five Guys Enterprises LLC*, No. 17-cv-

788 (KBF), 2017 WL 5054568, at *2 (S.D.N.Y. July 21, 2017) [ECF #50].  The parties are free to settle this case on any terms they wish, and they will be bound by the terms and conditions of their stipulation of voluntary dismissal.  9 Wright & Miller, Federal Practice & Procedure § 2363 (3d ed. 2008).

**SO ORDERED.**

**Date:  October 14, 2020**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**