

**LEWIS BRISBOIS**

LEWIS BRISBOIS BISGAARD & SMITH LLP

Peter T. Shapiro
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

October 27, 2020

**VIA ECF**
Hon. Mary Kay Vyskocil
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:   *Williams v. Digi-Key Corporation*
              Case No. 20-cv-01735-MKV

Dear Judge Vyskocil:

As counsel for Defendant, I write jointly with Plaintiff's counsel to address Your Honor's Order dated October 14, 2020 (DE 16) regarding our proposed Consent Decree and to present the parties' joint request for judicial approval of the revised Consent Decree enclosed herewith.

Your Honor's order expressed reservations about the continued jurisdiction language on page 10 of the Consent Decree. We have removed that language from the revised Consent Decree. We enclose herewith both a clean version and a redlined version reflecting the change for the convenience of the Court. We anticipate that this change addresses Your Honor's concern.

Of course, we will be pleased to discuss any concerns the Court may have at the telephone conference scheduled for Friday, October 30, 2020, if the revised Consent Decree does not resolve all issues.

Thank you for your attention to this matter.

                    Respectfully,

                    *Peter T. Shapiro*

                    Peter T. Shapiro of
                    LEWIS BRISBOIS BISGAARD & SMITH LLP

cc:    Counsel for Plaintiff (via ECF)